UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 12-30456 |
|---|---|
| Todd W Clifford | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4192101**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 46 | MARY KRISTINA FIORE - JAMES PAPAKIRK<br>FLAGEL & PAPAKIRK LLC<br>50 E BUSINESS WAY<br>SUITE 410<br>CINCINNATI, OH 45241 | 575.57 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST  SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/11/2013

Certificate of Service            12-30456

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

Todd W Clifford
5577 Winding Cape Way
Mason, OH 45040

ERIC W GOERING
220 W THIRD ST
THIRD FLOOR
CINCINNATI, OH 45202

(48.1n)
CRAIG D HOWARD
FLYNN & COMPANY CPA'S
7800 E KEMPER RD
CINCINNATI, OH 45249

(44.1n)
DAVID S BLESSING
119 EAST COURT ST
SUITE 500
CINCINNATI, OH 45202

(43.1n)
GE CAPITAL RETAIL BANK
% RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVENUE SUITE 1120
MIAMI, FL 33131-1605

(41.1n)
HENRY D ACCIANI
1014 VINE STREET
2200 KROGER BUILDING
CINCINNATI, OH 45202

(45.1n)
JAMES PAPAKIRK
FLAGEL & PAPAKIRK LLC
50 E-BUSINESS WAY
SUITE 410
CINCINNATI, OH 45241

(46.1)
MARY KRISTINA FIORE - JAMES PAPAKIRK
FLAGEL & PAPAKIRK LLC
50 E BUSINESS WAY
SUITE 410
CINCINNATI, OH 45241

(42.1n)
WILLIAM H. BLESSING
THE BLESSING LAW FIRM
119 EAST COURT STREET
SUITE 500
CINCINNATI, OH 15202

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     bl